No. 875. SCHNAUTZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *John D. Cofer* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 880. ZEDDIES *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *John J. Yowell* and *G. Kent Yowell* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Robert N. Anderson* for respondent.

No. 881. WILLIAM T. ALVARADO SALES CO. ET AL. *v.* RUBALOFF ET AL. C. A. 9th Cir. Certiorari denied. *Fred H. Miller* and *Munson H. Lane* for petitioners. *George A. Brace* for Rubaloff et al., and *Bernard Kriegel* for Du-More Fixture Co., Inc., respondents.

No. 883. EMBRY BROTHERS, INC., ET AL. *v.* DAVIS ET AL. C. A. 6th Cir. Certiorari denied. *Ralph H. Logan* for Embry Brothers, Inc., petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States, and *Charles I. Dawson* for Citizens Fidelity Bank & Trust Co., respondents.

No. 903. SMITH *v.* UNITED STATES. Motion to use the record in No. 954, October Term, 1957, granted. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. *Joseph A. St. Ana* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.